UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIA GIORDANO,<br><br>  Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., et al.,<br><br>  Defendants. | Civil Action No. 3:20-CV-01211-VAB |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R Civ. P 41(a)(1)(A)(ii), the Plaintiff and Defendants jointly stipulate and agree that the action be dismissed, without prejudice, and with each side to bear their own costs.

Dated:  August 25, 2021

*/s/ Christopher Meisenkothen*
Christopher Meisenkothen
Early, Lucarelli, Sweeney & Meisenkothen, LLC
One Century Tower
265 Church St., 11th Fl.
PO Box 1866
New Haven, CT 06508-1866
203-777-7799
Fax: 203-785-1671
cmeisenkothen@elslaw.com

*Counsel for the Plaintiff*

*/s/ Matthew E. Brown*
Matthew E. Brown
Patrick T. Uiterwyk
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, MA  02111
617-217-4700
matt.brown@nelsonmullins.com
patrick.uiterwyk@nelsonmullins.com

*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2021 this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

*/s/ Matthew E. Brown*
Matthew E. Brown